IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

GREAT WESTERN RESOURCES, LLC,
et al.                                                           PLAINTIFFS

v.                           Case No. 05-5152

BANK OF ARKANSAS, NATIONAL
ASSOCIATION                                                       DEFENDANT

## ORDER

Currently before the Court is **Defendant Bank of Arkansas's Motion to Stay Discovery (Doc. 6)** and, being well and sufficiently advised, the Court finds and orders as follows with respect to the same:

1. According to defendant, plaintiffs have submitted "an onerous set of discovery requests" and defendant moves the Court to stay discovery pending the Court's resolution of defendant's pending motion to dismiss. Defendant says plaintiffs' counsel have advised that they object to "a blanket stay to [defendant's] responses to discovery but might not object to a stay of answering certain interrogatories." (Doc. 6 at pg. 2.)

Plaintiffs have not filed a written response to the motion to stay.

2. Fed. R. Civ. P. 26(d) provides that "A party may not seek discovery before the parties have conferred as required by Rule 26(f)." In light of the provisions of the foregoing rule, the Court will not be issuing a scheduling order setting the deadline for the Rule 26(f) conference and establishing the deadlines for discovery and other matters until it has ruled on

both defendant's pending motion to dismiss and plaintiff's pending motion to remand.  Accordingly, the Court finds it appropriate to stay discovery at this juncture and defendant's **Motion to Stay (Doc. 6)** will be granted.

In the event defendant's motion to dismiss and plaintiffs' motion to remand are both denied, the Court will then issue a scheduling order setting forth the deadlines for the Rule 26(f) conference, for the completion of discovery, and for other matters relating to the progression of the case.

**IT IS, THEREFORE, ORDERED** that the **Defendant Bank of Arkansas' Motion To Stay Discovery (Doc. 6)** be, and it hereby is, **granted**, and all discovery -- outstanding or otherwise -- is hereby stayed pending further orders of the Court.

IT IS SO ORDERED this 3rd day of October 2005.

/s/Jimm Larry Hendren
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE