IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

GREAT WESTERN RESOURCES, LLC,
et al().                                                    PLAINTIFFS

v.                           Case No. 05-5152

BANK OF ARKANSAS, NATIONAL
ASSOCIATION                                                 DEFENDANT

**ORDER**

NOW on this 24th day of April, 2006, the above referenced matter comes on for consideration of plaintiffs' **Motion to Dismiss with Prejudice (doc. 17)**.

IT APPEARING to the Court that the matter has been settled, counsel for all parties having so advised the Court, the plaintiffs' motion is **granted** and it is ORDERED that the case be, and it is hereby, dismissed with prejudice, subject to the terms of the settlement agreement.

If any party desires to make the terms of the settlement a part of the record herein, those terms should be reduced to writing and filed with the Court within thirty days from the file date of this Order.

The Court retains jurisdiction to vacate this Order and to reopen the action upon cause shown that settlement has not been completed and that a party wishes this Court to enforce the

settlement agreement specifically.

IT IS SO ORDERED.

/S/JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE